IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06316-MMC<br><br>**ORDER OF DISMISSAL** |

The court-appointed mediator having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff Albert Acosta's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: August 17, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.